## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                vs.<br><br>JOSE ESQUEDA-LOPEZ ,<br>aka: RAFAEL VEGA-LOPEZ<br>                        Defendant. | CASE NO. 12-cr-03263-H<br><br><br><br>**JUDGMENT OF DISMISSAL** |

2012 SEP 11  PM 4:07

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Attempted Reentry of Removed Alien(1)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/11/12

                                William V. Gallo
                                U.S. Magistrate Judge